United States District Court
Southern District of Texas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ENTERED**
January 07, 2016
~~David J. Bradley~~, Clerk

Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § § |
| OMAR FARAJ SAEED AL HARDAN | § § § § § § § § § § § § |

CRIMINAL NO:
**SEALED**

**16 CR 003**

## ORDER FOR ISSUANCE OF BENCH WARRANT

A CRIMINAL INDICTMENT has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

OMAR FARAJ SAEED AL HARDAN
9801 Meadowglen, Apt. 112
Houston, TX

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on  Jan 6 , 20 16 .

_____
UNITED STATES MAGISTRATE JUDGE