United States District Court
Southern District of Texas
**ENTERED**
January 08, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:16−cr−00003 |
| § | |
| Omar Faraj Saeed Al Hardan § | |

## ORDER APPOINTING COUNSEL

     Because the Defendant, Omar Faraj Saeed Al Hardan , has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

**Attorney appointed: David Adler**

     The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

     Signed on January 8, 2016.

_____
Mary Milloy
United States Magistrate Judge