United States District Court    Southern District of Texas

**ENTERED**
May 18, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| The United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Criminal H-16-3 |
| Omar Faraj Saeed Al Hardan, | § § | |
| Defendant. | § § | |

## Order Continuing Trial

On Omar Faraj Saeed Al Hardan's motion, this case is continued.  The court finds that the ends of justice served by this delay outweigh the interests of the public and the defendants to a speedier trial.

1. Motions will be filed by September 12, 2016.
2. Responses will be filed by September 22, 2016.
3. Pretrial conference is set for October 31, 2016, at 2:30 p.m.
4. Proposed voir dire and jury instructions will be filed by October 24, 2016.
5. Jury selection and trial are reset to November 8, 2016, at 9:00 a.m.
6. The pretrial conference set for June 27, 2016, subsists.

Signed on May 18, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge