UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

United States of America            §
                                    §
versus                              §         Criminal 4: __16:3__
                                    §
Omar al Hardan                      §
                                    §

## Conference Memorandum

Counsel:                                    Representing:

Ted Imperato                                P: United States of America
Stephen McIntyre
David Adler                                 D al Hardan
Mike Pearce                                 — Warden
Fabian Galindo                              — Agent
Gerard Rawls                                — Attorney

Date: September 19, 2016                    Reporter: G. Dye
Started: 2:35 p.m.                          Ended: 2:40 p.m.

At the conference, these rulings were made:
The CIPA hearing is postponed.

- [ ] Order to be entered.
- [ ] A pretrial conference is set for: _____ on _____, 201__.
- [ ] A hearing is set for: _____ on _____, 201__.
- [ ] Trial preparation to be completed by: _____, 201__.
- [ ] A trial is set for: _____ on _____, 201__.
   - [ ] Bench   [ ] Jury (Estimated time at 5.5 hours a day ___).
- [ ] Joint Pretrial Order due: _____, 201__.
- [x] Internal review deadline   September 26, 2016.

Lynn N. Hughes
United States District Judge