UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States of America §
§                               **Notice of Setting**
versus §
§                               Criminal H-16-3
Omar Faraj Saeed Al Hardan §
§

You are directed to appear for a

Rearraignment

on
**September 28, 2016**
2:00 p.m.

before
**Judge Lynn N. Hughes**
Courtroom 11-C, Eleventh Floor
United States Courthouse
515 Rusk Avenue
Houston, Texas  77002

*Defendant(s) required to attend:* yes

Copies:     AUSA   Ted Imperato, Mark McIntyre
            Defense Counsel   David Adler
            U.S. Probation Office

David J. Bradley,
Clerk of Court

By: *[signature]*                                    September 26, 2016
     Deputy Clerk                                    Date