**Decorum**
**Dale Alison**  to: LNH                                                01/30/2018 10:12 AM

From:   Dale Alison <dalison@rocketmail.com>
To:     LNH@txs.uscourts.gov,

http://wapo.st/1O4Pvkj?tid=ss_mail&utm_term=.56ad328fb5c3

Dear sir,

I just was made aware of the story in the above link and was horrified at your behavior toward Mr. Patel and felt compelled to write on Mr. Patel's behalf. Hopefully, in the time since the article appeared you felt chastened enough to apologize. Lord knows he deserved it.

Sincerely,
Dale Alison